THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rick Futia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 4/20/05*

| | |
|---|---|
| RICK FUTIA, | Case No.  C 04-1931 RMW |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| PRUNEYARD ASSOCIATES, L.P., | |
| Defendants. | |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future.  The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as

if fully set forth.  The parties request the Court to retain jurisdiction for eighteen months from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for eighteen months after the date hereof.

| | |
|---|---|
| Date: March 30, 2005 | Date:  March 30, 2005 |
| _S/Theresa Mak_____ <br> Theresa Mak, <br> Attorney for Defendants | _S/Thomas N. Stewart, III__ <br> Thomas N. Stewart, III, <br> Attorney for Plaintiff |

I, Thomas N. Stewart, III, hereby attest that I have in my possession the holographic signature of Theresa Mak to this document.

March 30, 2005

__S/Thomas N. Stewart, III_
Thomas N. Stewart, III

IT IS SO ORDERED:


Date:  4/20/05                               ____/s/ Ronald M. Whyte_____
                                                                  U.S. District Judge